# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Lubbock Division*

The State of Texas
_____
Plaintiff

v.

Equal Employment Opportunity Comm'n, et al.
_____
Defendant

_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

The State of Texas
_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

None

| | |
|---|---|
| Date: | Sep 4, 2013 |
| Signature: | /s/ Jonathan F. Mitchell |
| Print Name: | Jonathan F. Mitchell |
| Bar Number: | Texas 24075463 |
| Address: | 209 West 15th Street |
| City, State, Zip: | Austin, Texas PO Box 78711-2548 |
| Telephone: | (512) 936-1700 |
| Fax: | (512) 474-2697 |
| E-Mail: | jonathan.mitchell@texasattorneygen |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons