# ATTORNEY GENERAL OF TEXAS

### GREG ABBOTT

JONATHAN F. MITCHELL  
SOLICITOR GENERAL

(512) 936-2868  
JONATHAN.MITCHELL@TEXASATTORNEYGENERAL.GOV

November 4, 2013

**VIA ECF**

Clerk's Office  
Northern District of Texas, Lubbock Division  
1205 Texas Avenue, Room 209  
Lubbock, Texas 79401-4091

    Re:    *Texas* v. *EEOC, et al.*, No.5:13-cv-00255-C

Dear Clerk:

    We respectfully request that the Court issue summons to serve the EEOC and Jacqueline Berrien at the following four addresses.

*To serve the United States*:  
Eric H. Holder, Jr.  
Department of Justice  
950 Pennsylvania Avenue, NW,  
Washington DC  
20530-0001

*To serve the United States*:  
Civil Process Clerk  
United States Attorney's Office  
1205 Texas Avenue, Suite 700,  
Lubbock, TX  
79401-4002

ATTORNEY GENERAL OF TEXAS

GREG ABBOTT

JONATHAN F. MITCHELL  (512) 936-2868
SOLICITOR GENERAL  JONATHAN.MITCHELL@TEXASATTORNEYGENERAL.GOV

*To serve the EEOC*:
U.S. Equal Employment Opportunity Commission
Civil Process Clerk
131 M Street N.E.,
Washington, DC
20507

*To serve Jacqueline A. Berrien, in her official capacity*:
Chair Jacqueline A. Berrien
U.S. Equal Employment Opportunity Commission
131 M Street N.E.,
Washington, DC
20507

Thank you for your assistance in this matter.

Sincerely,

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Solicitor General