# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| State of Texas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:13-cv-00255-C |
| EEOC et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Texas                                                                .

Date: 11/05/2013

/s/ Andrew S. Oldham
*Attorney's signature*

Andrew S. Oldham
*Printed name and bar number*

P.O. Box 12548
Austin, Texas
78711-2548

*Address*

andy.oldham@texasattorneygeneral.gov
*E-mail address*

(512) 936-1862
*Telephone number*

(512) 474-2697
*FAX number*