# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| State of Texas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:13-CV-255-C |
| Equal Employment Opportunity Commission, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 12/09/2013

s/ Justin M. Sandberg
*Attorney's signature*

Justin M. Sandberg
*Printed name and bar number*

20 Mass. Ave. NW, Rm. 7302
Washington, DC 20001

*Address*

justin.sandberg@usdoj.gov
*E-mail address*

(202) 514-5838
*Telephone number*

(202) 616-8202
*FAX number*