IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> *Plaintiff,* <br><br> vs. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and <br><br> JACQUELINE A. BERRIEN, in her official capacity as Chair of the Equal Opportunity Commission, <br><br> *Defendants.* | Case No. 5:13-cv-00255-C |

## AFFIDAVIT OF MAILING

I, Arthur C. D'Andrea, hereby state that:

On the 4th day of November, 2013, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> Eric H. Holder, Jr.
> Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington DC 20530-0001

I have received the receipt for the certified mail, No. 7009 2250 0003 9938 0674 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 14th day of November.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| December 13, 2013 | /s/ Arthur C. D'Andrea |
| (Date) | (Signature) |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>ATTORNEY GENERAL OF THE US<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>NOV 14 20 3 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2250 0003 9938 0674 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |