## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) Case No. 5:13-cv-00255-C |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and | ) |
| | ) |
| JACQUELINE A. BERRIEN, in her official capacity as Chair of the Equal Opportunity Commission, | ) |
| | ) |
| *Defendants.* | ) |

## AFFIDAVIT OF MAILING

I, Arthur C. D'Andrea, hereby state that:

On the 4th day of November, 2013, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

   Civil Process Clerk
   United States Attorney's Office
   1205 Texas Avenue, Suite 700,
   Lubbock, TX  79401-4002

I have received the receipt for the certified mail, No. 7009 2250 0003 9938 0667 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of November.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| December 13, 2013 | /s/ Arthur C. D'Andrea |
| (Date) | (Signature) |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): JUlIA GARLIT   C. Date of Delivery: 11-10-13 |
| 1. Article Addressed to:<br><br>CIVIL PROCESS CLERK<br>OFC OF THE US ATTY – N DIST OF TX<br>700 US FEDERAL BLDG<br>1205 TEXAS AVENUE<br>LUBBOCK TX 79401 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0003 9938 0667 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540