# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS<br><br>*Plaintiff,*<br><br>vs.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and<br><br>JACQUELINE A. BERRIEN, in her official capacity as Chair of the Equal Opportunity Commission,<br><br>*Defendants.* | Case No. 5:13-cv-00255-C |

## AFFIDAVIT OF MAILING

I, <u>Arthur C. D'Andrea</u>, hereby state that:

On the <u>4th</u> day of <u>November, 2013</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

    U.S. Equal Employment Opportunity Commission
    Civil Process Clerk
    131 M Street N.E.,
    Washington, DC  20507

I have received the receipt for the certified mail, No. <u>7009 2250 0003 9938 0650</u> (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of November.

I declare under penalty of perjury that the foregoing is true and correct.

  <u>December 13, 2013</u>              /s/ Arthur C. D'Andrea
  (Date)                                (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery<br>NOV 12 2013 |
| 1. Article Addressed to:<br><br>EEOC<br>CIVIL PROCESS CLERK<br>131 M STREET NE<br>WASHINGTON DC 20507 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0003 9938 0650 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |