IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br>and )<br>)<br>JACQUELINE A. BERRIEN, in her official capacity )<br>as Chair of the Equal Opportunity )<br>Commission, )<br>)<br>*Defendants.* )<br>) | Case No. 5:13-cv-00255-C |

## AFFIDAVIT OF MAILING

I, Arthur C. D'Andrea, hereby state that:

On the 4th day of November, 2013, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

    Jacqueline Berrien
    U.S. Equal Employment Opportunity Commission
    131 M Street N.E.,
    Washington, DC  20507

I have received the receipt for the certified mail, No.  7009 2250 0003 9938 0643 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 13th day of November.

I declare under penalty of perjury that the foregoing is true and correct.


 December 13, 2013                      /s/ Arthur C. D'Andrea
(Date)                                       (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 1/13/13 |
| 1. Article Addressed to:<br><br>JACQUELINE BERRIEN<br>US EQUAL EMPLOYMENT OPPORTUNITY COMM<br>131 M STREET NE<br>WASHINGTON DC 20507 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>EEOC Executive Secretariat<br>131 M Street NE<br>Washington, DC 20507<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2250 0003 9938 0643 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540