IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:13-CV-00255C |
| | ) | ECF |
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## **ORDER**

The Court has considered Defendants' unopposed motion, filed December 31, 2013, for an extension of time in which to answer or otherwise respond in this matter, and finds that the motion should be granted.

IT IS, THEREFORE, ORDERED that the Unopposed Motion for Extension of Time to Answer or Otherwise Respond is GRANTED. The deadline for Defendants to answer or otherwise respond to Plaintiff's complaint is extended to January 27, 2014.

SIGNED this __ day of _____, 201_.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE