IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION and JACQUELINE A. | ) |
| BERRIEN, in her official capacity as | ) |
| Chair of the Equal Opportunity Commission, | ) |
| | ) |
| Defendants. | )   Civil Action No. 5:13-CV-255-C |

## ORDER

The Court having considered Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond, filed December 31, 2013, is of the opinion that the same should be **GRANTED**. The deadline for Defendants to answer or otherwise respond to Plaintiff's complaint is extended to January 27, 2014. No further extensions will be granted.

SO ORDERED.

Dated December 31, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE