IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 5:13-CV-00255-C |
| | ) | ECF |
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Equal Employment Opportunity Commission (EEOC) and Jacqueline

A. Berrien, Chair of the EEOC, move the Court to dismiss this case under Federal Rule

of Civil Procedure 12(b)(1).  Defendants' brief in support is filed concurrently with this

motion pursuant to local rules.  *See* N.D. TEX. L. CIV. R. 7.1(d).


DATED this 27th Day of January, 2014.

> Respectfully submitted,
>
> STUART F. DELERY
> Assistant Attorney General
>
> SARAH R. SALDAÑA
> United States Attorney
>
> JOSHUA E. GARDNER
> Assistant Director, Federal Programs
> Branch
>
> *s/ Justin M. Sandberg*

**Mtn. to Dismiss - Page 1**

                     JUSTIN M. SANDBERG, IL Bar No.
6278377
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone:   (202) 514-5838
Facsimile:    (202) 616-8202
Justin.Sandberg@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 27, 2014, a true and correct copy of the foregoing

was served by CM/ECF on:

Jonathan F. Mitchell
Andrew Stephen Oldham
Arthur D'Andrea
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548

s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG
Trial Attorney
U.S. Department of Justice