IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 5:13-CV-00255-C |
| | ) ECF |
| EQUAL EMPLOYMENT | ) |
| OPPORTUNITY COMMISSION, *et al.*, | ) |
| | ) |
| Defendants | ) |

# **ORDER**

Pending before the Court is Defendants' Motion to Dismiss and Brief in Support thereof. Having considered the Motion and the Brief in Support thereof, the Court hereby

GRANTS the Motion. The Court further

ORDERS that Plaintiff's Complaint is DISMISSED.

This is a final judgment.

Signed_____

_____
SAM R. CUMMINGS
United States District Judge

Order - Motion to Dismiss - 1