IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 5:13-cv-00255-C |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) |
| | ) |
| and | ) |
| | ) |
| JACQUELINE A. BERRIEN, in her official capacity as Chair of the Equal Employment Opportunity Commission, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court has considered Plaintiff's unopposed motion, filed February 13, 2014, for an extension of time in which to replead and/or oppose Defendants' motion to dismiss in this matter, and finds that the motion should be granted.

IT IS, THEREFORE, ORDERED that the Unopposed Motion for Extension of Time to Replead and/or Oppose Motion to Dismiss is GRANTED. The deadline for Plaintiff to replead and/or oppose Defendants' motion to dismiss is extended to March 4, 2014.

SIGNED this 14th day of February, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE