# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, | ) |
| *Plaintiff,* | ) |
| vs. | ) Case No. 5:13-cv-00255-C |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) |
| and | ) |
| JACQUELINE A. BERRIEN, in her official capacity as Chair of the Equal Employment Opportunity Commission, | ) |
| *Defendants.* | ) |

## ORDER

The Court has considered Plaintiff's unopposed motion, filed February 27, 2014, for an extension of time in which to replead and/or oppose Defendants' motion to dismiss in this matter, and finds that the motion should be granted.

IT IS, THEREFORE, ORDERED that the Second Unopposed Motion for Extension of Time to Replead and/or Oppose Motion to Dismiss is GRANTED. The deadline for Plaintiff to replead and/or oppose Defendants' motion to dismiss is extended to March 18, 2014.

SIGNED this __ day of _____, 2014.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE