IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 5:13-CV-00255-C |
| | ) | ECF |
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**<u>NOTICE</u>**

The State of Texas amended its complaint after the Equal Employment Opportunity Commission (EEOC) moved to dismiss the original pleading. Dckt. No. 15 (motion to dismiss); Dckt. No. 24 (amended complaint). That same day, the State also filed an opposition to the EEOC's motion to dismiss, Dckt. No. 25 (Opp.), notwithstanding the fact that the amended complaint superseded its predecessor (which was the target of the motion), *see King v. Dogan*, 31 F.3d 344, 346 (5th Cir.1994). The State explained the decision to file an opposition in a footnote, volunteering that it "construes EEOC's motion to dismiss . . . to apply equally to the [amended complaint]." Opp. at 1 n.1. While it may be that a defendant in this circumstance can choose to have a court treat its motion to dismiss as if it were directed to the amended complaint, 6 Charles Alan Wright & Arthur Miller, *Federal Practice and Procedure* § 1476 (3d ed. 2013 Supplement) (stating that a defendant might make such an election if it did not think that the amended complaint cured the defects in the original complaint), that proposition is not certain, *see Dean v. Ford Motor Credit Co.*, 885 F.2d 300, 302 (5th Cir. 1989). In any case, the

choice belongs to the defendant, not the plaintiff.    If it were otherwise, a plaintiff could amend its complaint in an effort to cure defects identified in the motion to dismiss, rely on the amended complaint to oppose the motion, *see, e.g.*, Opp. at 11, and then invoke this motion to dismiss preclusion doctrine to prevent a defendant from addressing the new complaint.    But this, of course, is not the system that we have.    Accordingly, because the State's amended complaint renders the original complaint a nullity, defendants submit this notice of their intention to file a motion to dismiss addressed to the State's amended complaint.


DATED this 25th Day of March, 2014                Respectfully submitted,

                                                  STUART F. DELERY
                                                  Assistant Attorney General

                                                  SARAH R. SALDAÑA
                                                  United States Attorney

                                                  JOSHUA E. GARDNER
                                                  Assistant Director, Federal Programs
                                                  Branch

                                                  *s/ Justin M. Sandberg*
                                                  BRIAN G. KENNEDY (D.C. Bar No.
                                                  228726)
                                                  Senior Trial Counsel
                                                  JUSTIN M. SANDBERG (IL Bar No.
                                                  6278377)
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Mass. Ave. NW, Rm. 7302
                                                  Washington, D.C. 20001
                                                  Telephone:     (202) 514-5838
                                                  Facsimile:     (202) 616-8202
                                                  Justin.Sandberg@usdoj.gov
                                                  *Counsel for Defendants*


**Notice - Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 26, 2014, a true and correct copy of the foregoing was

served by CM/ECF on:

Jonathan F. Mitchell
Andrew Stephen Oldham
Arthur D'Andrea
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548

s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG
Trial Attorney
U.S. Department of Justice