IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION and JACQUELINE A. )<br>BERRIEN, in her official capacity as )<br>Chair of the Equal Opportunity Commission, )<br>)<br>Defendants. ) | Civil Action No. 5:13-CV-255-C |

## ORDER

The Court having considered Defendants' Notice filed March 26, 2014, is of the opinion that Defendants' Motion to Dismiss filed January 27, 2014, should be **DENIED** as moot.

SO ORDERED.

Dated March 28, 2014.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE