IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 5:13-CV-00255-C |
| ) | ECF |
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, *et al.*, ) | |
| ) | |
| Defendants ) | |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants Equal Employment Opportunity Commission (EEOC), Jacqueline A. Berrien, Chair of the EEOC, and Eric Holder, U.S. Attorney General, move the Court to dismiss this case under Federal Rule of Civil Procedure 12(b)(1). Defendants' brief in support is filed concurrently with this motion pursuant to local rules. See N.D. TEX. L. CIV. R. 7.1(d).

DATED this 4th Day of April, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

SARAH R. SALDAÑA
United States Attorney

JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

*s/ Justin M. Sandberg*
BRIAN G. KENNEDY (D.C. Bar No. 228726)
Senior Trial Counsel

Motion to Dismiss Am. Compl. - Page 1

JUSTIN M. SANDBERG (IL Bar No. 6278377)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone:    (202) 514-5838
Facsimile:    (202) 616-8202
Justin.Sandberg@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 4, 2014, a true and correct copy of the foregoing and the related proposed order was served by CM/ECF on:

Jonathan F. Mitchell
Andrew Stephen Oldham
Arthur D'Andrea
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548

                                            s/ *Justin M. Sandberg*
                                            JUSTIN M. SANDBERG
                                            Trial Attorney
                                            U.S. Department of Justice