## TABLE OF CONTENTS

**TAB**

Plaintiff's Opposition to Motion to Dismiss, ECF No. 25 (March 18, 2014) ........................................... A

Amicus Brief of U.S., *Bd. of Educ. of New York City Sch. Dist. v. Gulino*, No. 07-270 (May 2008) ........... B

EEOC's webpage: Q&A About the EEOC's Enforcement Guidance on the Consideration
    of Arrest and Conviction Records in Employment Decisions Under Title VII ........................... C

EEOC's Probable Cause Determination against Cincinnati Public Schools ........................................... D