IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,            )<br>                             )<br>        Plaintiff,         )<br>                             )<br>v.                          )<br>                             )<br>EQUAL EMPLOYMENT            )<br>OPPORTUNITY COMMISSION, *et al.*, )<br>                             )<br>        Defendants          ) | Civil No. 5:13-CV-00255-C<br>ECF |

## UNOPPOSED MOTION TO FOR LEAVE TO FILE REPLY BRIEF

Defendants Equal Employment Opportunity Commission (EEOC), Jacqueline A. Berrien, Chair of the EEOC, and Eric Holder, U.S. Attorney General, within the time allowed by Local Rule 7.1(f), move the Court for leave to file a reply brief in support of their Motion to Dismiss First Amended Complaint, April 4, 2014, Dckt. No. 29.  The United States respectfully submits that the interests of justice and judicial economy will be served by granting it leave to file a reply brief to address the issues raised in Texas's response.  A copy of the United States' proposed reply is attached hereto as Exhibit 1 for the Court's consideration.  As reflected by the Certificate of Conference, Texas does not oppose the motion.

DATED this 2nd Day of May, 2014              Respectfully submitted,

                                            STUART F. DELERY
                                            Assistant Attorney General

                                            SARAH R. SALDAÑA
                                            United States Attorney

Mtn. for Leave to File Reply. - Page 1

JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

*s/ Justin M. Sandberg*
BRIAN G. KENNEDY (D.C. Bar No. 228726)
Senior Trial Counsel
JUSTIN M. SANDBERG (IL Bar No. 6278377)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone:   (202) 514-5838
Facsimile:    (202) 616-8202
Justin.Sandberg@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I conferred with counsel for the plaintiff, Andrew Oldham, via electronic mail on May 1, 2014.

Mr. Oldham stated that plaintiff has no objection to the request for leave to file a reply brief.

*s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2014, a true and correct copy of the foregoing and the attached exhibit was served by CM/ECF on:

Jonathan F. Mitchell
Andrew Stephen Oldham
Arthur D'Andrea
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548.

                                           s/ *Justin M. Sandberg*
                                           JUSTIN M. SANDBERG
                                           Trial Attorney
                                           U.S. Department of Justice