# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>                Plaintiff,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; JACQUELINE A. BERRIEN, in her official capacity as Chair of the Equal Employment Opportunity Commission; and ERIC H. HOLDER, in his official capacity as Attorney General of the United States,<br><br>                Defendants,<br><br>And<br><br>TEXAS STATE CONFERENCE OF THE NAACP and BEVERLY HARRISON,<br><br>                Proposed Defendant-Intervenors. | Case No. 5:13-cv-00255-C<br>ECF Case<br><br>Judge Sam R. Cummings |

## [PROPOSED] SCHEDULING ORDER

Having reviewed the Motion to Intervene of Texas State Conference of the NAACP and Beverly Harrison ("Motion") and the request to enter a scheduling order, this Court finds that the following time limits are appropriate:

| Event | Deadline |
|---|---|
| Proposed Defendant-Intervenors submit memorandum of law in support of Motion to Intervene, Proposed Answer to the Complaint, and Motions for Pro Hac Vice Admissions | No later than 30 days after Court rules on Defendants' Motion to Dismiss or 30 days after Court of Appeals issues mandate |
| Parties' Responsive Briefs | 30 days from the date Proposed Defendant-Intervenors submit memorandum of law |
| Proposed Defendant-Intervenors' Reply Brief | 14 days from the date the Parties submit their responsive briefs |

IT IS SO ORDERED.

_____
The Honorable Sam R. Cummings
United States District Judge