# EXHIBIT A

## DECLARATION

1.    My name is Stephen J. Quezada, and I am competent to make this declaration.  I am an attorney at Ogletree, Deakins, Nash, Smoak & Stewart, P.C., in Houston, Texas.  My Texas Bar number is 24076195.

2.    Attached to this Declaration are true and correct copies of the following documents.  I have redacted these documents only to conceal the names of the parties involved in the EEOC's investigation:

- Exhibit A-1: A letter from me to Stephen Damiani, the Lead Systemic Investigator for the U.S. Equal Employment Opportunity Commission in Houston, Texas, dated June 20, 2014; and

- Exhibit A-2: A letter to me from Stephen Damiani, the Lead Systemic Investigator for the U.S. Equal Employment Opportunity Commission in Houston, Texas, dated July 9, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-21-2014___.

Stephen J. Quezada