IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EQUAL EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 5:13-CV-255-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered

case is **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

Dated this ___20th___ day of August, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE