## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

STATE OF TEXAS,

      *Plaintiff,*

vs.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

JACQUELINE A. BERRIEN,
    in her official capacity as Chair of the
    Equal Employment Opportunity
    Commission, and

ERIC H. HOLDER,
    in his official capacity as Attorney
    General of the United States,

      *Defendants.*

Case No. 5:13-cv-00255-C

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff State of Texas in the above-named case appeals to the United States Court of Appeals for the Fifth Circuit from the Order and final Judgment entered in this action on August 20, 2014 [D.E. 36, 37].

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

/s/  Andrew S. Oldham
ANDREW S. OLDHAM
Deputy Solicitor General
Texas Bar No. 24081616

Office of the Attorney General of Texas
P.O. Box 12548 (M.C. 059)
Austin, Texas  78711-2548
Tel. 512-936-1700
Fax 512-474-2697

August 25, 2014                    *Counsel for Plaintiff State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filing was sent via the Court's electronic notification system to the following counsel of record on August 25, 2014:

Justin Michael Sandberg
U.S Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
202-514-5838
justin.sandberg@usdoj.gov

*Counsel for Defendants*

Edward B Cloutman, III
Cloutman & Cloutman, L.L.P.
3301 Elm St.
Dallas, TX 75226
214-939-9222
crawfish11@prodigy.net

*Counsel for Texas State Conference of the NAACP*

/s/  Andrew S. Oldham
ANDREW S. OLDHAM
Deputy Solicitor General

3