UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **State of Texas**, <br><br> Plaintiff, <br><br> v. <br><br> **Equal Employment Opportunity Commission**, et al., <br><br> Defendants. | Civil Action No. 5:13-cv-255-C |

## NOTICE OF SUBSTITUTION OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear in this case as additional counsel on behalf of the plaintiff. Please note my substitution as Solicitor General of Texas in place of Jonathan F. Mitchell, who will be withdrawn as counsel for the plaintiff. I request that a copy of all papers served or filed in this action be forwarded to:

Scott A. Keller
Solicitor General
Texas State Bar No. 24062822
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
scott.keller@texasattorneygeneral.gov

       Respectfully submitted.

       KEN PAXTON
       Attorney General of Texas

       CHARLES E. ROY
       First Assistant Attorney General

       /s/ Scott A. Keller
       SCOTT A. KELLER
       Solicitor General
       Texas State Bar No. 24062822

       OFFICE OF THE ATTORNEY GENERAL
       209 West 14th Street
       P.O. Box 12548 (MC-059)
       Austin, Texas 78711-2548
       (512) 936-1700 (phone)
       (512) 474-2697 (fax)
       scott.keller@texasattorneygeneral.gov

       COUNSEL FOR PLAINTIFF

Dated: January 15, 2015

## CERTIFICATE OF SERVICE

    I certify that on January 15, 2015, this document was served to counsel of record through the Court's CM/ECF document filing system.

 /s/ Scott A. Keller  
Scott A. Keller  
Solicitor General

3