

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-10949

D.C. Docket No. 5:13-CV-255

United States Court of Appeals
Fifth Circuit
**FILED**
September 23, 2016
Lyle W. Cayce
Clerk

STATE OF TEXAS,

    Plaintiff - Appellant

v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; JENNY R. YANG, in her official capacity as Chair of the Equal Employment Opportunity Commission; LORETTA LYNCH, U. S. ATTORNEY GENERAL,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Lubbock

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

## J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

    IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Sep 23, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 23, 2016

Ms. Karen S. Mitchell  
Northern District of Texas, Lubbock  
United States District Court  
1205 Texas Avenue  
Room C-209  
Lubbock, TX 79401

    No. 14-10949    State of Texas v. EEOC, et al  
                        USDC No. 5:13-CV-255

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Joseph M. Armato, Deputy Clerk

cc:  
    Mr. Scott A. Keller  
    Ms. Stephanie Robin Marcus  
    Mr. Justin Michael Sandberg  
    Mr. Prerak Shah