IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | Civil Action No. 5:13-CV-255-C |

## ORDER

On September 23, 2016, the United States Court of Appeals for the Fifth Circuit issued its Opinion and Mandate vacating this Court's prior judgment and remanding the case in its entirety to address the implications of *United States Army Corps of Engineers v. Hawkes Company*, 136 S. Ct. 1807 (2016), for this case. Thus, the Court will entertain motions and briefing on the issues that *Hawkes* may implicate in the instant case. Any such motions shall be filed on or before 9:00 a.m. on October 24, 2016, with any response due 21 days following the filing of a motion.

SO ORDERED.

Dated this 27th day of September, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE