# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:13-CV-255-C |
| | § | |
| EQUAL EMPLOYMENT | § | |
| OPPORTUNITY COMMISSION, | § | |
| et al, | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

Michael C. Toth, Office of the Texas Attorney General, Senior Counsel for Special Litigation, hereby enters his appearance as co-counsel for Plaintiff in this matter. All future correspondence and other communications regarding this case should be directed to Mr. Toth at the following address:

For U.S. Mail, Courier, and Hand Deliveries:

> Michael C. Toth
> Office of Special Litigation
> Office of the Attorney General of Texas
> 209 W. 14th Street, 1st Floor
> Austin, Texas 78701
> Phone: (512) 936-0631
> Facsimile: (512) 936-0545
> Electronic mail: michael.toth@oag.texas.gov

Dated:       September 30, 2016.

                                  Respectfully submitted,

|  | KEN PAXTON<br>Attorney General of Texas<br><br>JEFFREY C. MATEER<br>First Assistant Attorney General<br><br>BRANTLEY STARR<br>Deputy First Assistant Attorney General<br><br>ANDREW LEONIE<br>Associate Deputy for Special Litigation<br><br>AUSTIN R. NIMOCKS<br>Associate Deputy for Special Litigation<br><br>*/s/  Michael C. Toth*<br>MICHAEL C. TOTH<br>Texas State Bar No. 24100608<br>Senior Counsel for Special Litigation<br>Office of the Attorney General of Texas<br><br>209 W. 14th Street, 1st Floor<br>Austin, Texas 78701<br>Phone: (512) 936-0631<br>Fax: (512) 936-0545<br>Michael.toth@oag.texas.gov<br><br>*Attorneys For Plaintiff States* |
|---|---|

## CERTIFICATE OF SERVICE

     I certify that a copy of this notice was served this day on counsel of record listed through this Court's CM/ECF system:

<i>/s/ Michael C. Toth</i><br>MICHAEL C. TOTH