IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:13-CV-255-C |
| | § | |
| EQUAL EMPLOYMENT | § | |
| OPPORTUNITY COMMISSION, | § | |
| et al, | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

Andrew D. Leonie, Office of the Texas Attorney General, Associate Deputy for Special Litigation, hereby enters his appearance as co-counsel for Plaintiff in this matter. All future correspondence and other communications regarding this case should be directed to Mr. Leonie at the following address:

For U.S. Mail, Courier, and Hand Deliveries:

    Andrew D. Leonie
    Office of Special Litigation
    Office of the Attorney General of Texas
    209 W. 14th Street, 1st Floor
    Austin, Texas 78701
    Phone:  (512) 936-0631
    Facsimile:  (512) 936-0545
    Electronic mail:  Andrew.leonie@oag.texas.gov

Dated: September 30, 2016.

                                          Respectfully submitted,

|   |   |
|---|---|
|   | KEN PAXTON<br>Attorney General of Texas<br><br>JEFFREY C. MATEER<br>First Assistant Attorney General<br><br>BRANTLEY STARR<br>Deputy First Assistant Attorney General<br><br><br>AUSTIN R. NIMOCKS<br>Associate Deputy for Special Litigation<br><br>*/s/ Andrew D. Leonie*<br>ANDREW D. LEONIE<br>Texas State Bar No. 12216500<br>Associate Deputy for Special Litigation<br>Office of the Attorney General of Texas<br><br>MICHAEL C. TOTH<br>Senior Counsel for Special Litigation<br><br>209 W. 14th Street, 1st Floor<br>Austin, Texas 78701<br>Phone: (512) 936-0631<br>Fax: (512) 936-0545<br>Andrew.leonie@oag.texas.gov<br><br>*Attorneys For Plaintiff States* |

## CERTIFICATE OF SERVICE

    I certify that a copy of this notice was served this day on counsel of record listed through this Court's CM/ECF system:


                                          */s/  Andrew D. Leonie*
                                          ANDREW D. LEONIE