IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:13-CV-255-C |
| | § | |
| EQUAL EMPLOYMENT | § | |
| OPPORTUNITY COMMISSION, | § | |
| et al, | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

Austin R. Nimocks, Office of the Texas Attorney General, Associate Deputy for Special Litigation, hereby enters his appearance as co-counsel for Plaintiff in this matter. All future correspondence and other communications regarding this case should be directed to Mr. Nimocks at the following address:

For U.S. Mail, Courier, and Hand Deliveries:

    Austin R. Nimocks
    Office of Special Litigation
    Office of the Attorney General of Texas
    209 W. 14th Street, 1st Floor
    Austin, Texas 78701
    Phone: (512) 936-0631
    Facsimile: (512) 936-0545
    Electronic mail: Austin.Nimocks@oag.texas.gov

Dated: September 30, 2016.

                                          Respectfully submitted,

|   |   |
|---|---|
|   | KEN PAXTON<br>Attorney General of Texas<br><br>JEFFREY C. MATEER<br>First Assistant Attorney General<br><br>BRANTLEY STARR<br>Deputy First Assistant Attorney General<br><br>ANDREW D. LEONIE<br>Associate Deputy for Special Litigation<br><br>*/s/  Austin R. Nimocks*<br>AUSTIN R. NIMOCKS<br>Texas State Bar No. 24002695<br>Associate Deputy for Special Litigation<br>Office of the Attorney General of Texas<br><br>MICHAEL C. TOTH<br>Senior Counsel for Special Litigation<br><br>209 W. 14th Street, 1st Floor<br>Austin, Texas 78701<br>Phone: (512) 936-0631<br>Fax: (512) 936-0545<br>Austin.nimocks@oag.texas.gov<br><br>*Attorneys For Plaintiff States* |

## CERTIFICATE OF SERVICE

  I certify that a copy of this notice was served this day on counsel of record listed through this Court's CM/ECF system:

          <u>/s/ Austin R. Nimocks</u>
          Austin R. Nimocks