IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 5:13-CV-00255-C |
| ) | ECF |
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, *et al.*, ) | |
| ) | |
| Defendants ) | |

## UNOPPOSED MOTION TO FOR LEAVE TO FILE REPLY BRIEF

Defendants Equal Employment Opportunity Commission (EEOC), Jenny R. Yang, Chair of the EEOC, and Loretta Lynch, U.S. Attorney General, within the time allowed by Local Rule 7.1(f), move the Court for leave to file a reply brief in support of their Supplemental Brief in Support of Dismissal, ECF Dckt. No. 47. The United States respectfully submits that the interests of justice and judicial economy will be served by granting it leave to file a reply brief to address the issues raised in Texas's response. A copy of the United States' proposed reply is attached hereto as Exhibit 1 for the Court's consideration. As reflected by the Certificate of Conference, Texas does not oppose the motion.

DATED:   November 23, 2016           Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General

JOHN R. PARKER
United States Attorney

JOSHUA E. GARDNER
Assistant Director, Federal Programs

        Branch

        *s/ Brian G. Kennedy*
        BRIAN G. KENNEDY (D.C. Bar No. 228726)
        Senior Trial Counsel
        JUSTIN M. SANDBERG (IL Bar No. 6278377)
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Mass. Ave. NW, Rm. 7302
        Washington, D.C. 20001
        Telephone:   (202) 514-5838
        Facsimile:    (202) 616-8202
        Justin.Sandberg@usdoj.gov
        *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I conferred with counsel for the plaintiff, Austin R. Nimocks, via telephone on November 17, 2016. Mr. Nimocks stated that plaintiff has no objection to the request for leave to file a reply brief.

        s/ *Brian G. Kennedy*
        BRIAN G. KENNEDY
        Senior Trial Counsel
        U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that, on November 23, 2016, a true and correct copy of the foregoing was served by CM/ECF on:

Scott Keller
Austin Nimocks
Andrew Leonie
Andrew Oldham
Arthur D'Andrea
Michael Toth
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548

                                                  s/ *Brian G. Kennedy*
                                                  BRIAN G. KENNEDY
                                                  Senior Trial Counsel
                                                  U.S. Department of Justice