IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 5:13-CV-00255-C |
| | ) | ECF |
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD FOR DEFENDANTS**

Attorney Brian G. Kennedy hereby provides notice, of his withdrawal as attorney for defendants in this case. A trial date has not been set.

The undersigned attorney is withdrawing as counsel because he is retiring from federal service. Defendants will continue to be represented by Department of Justice attorney Justin Sandberg, who has previously entered an appearance in this case. *Cf.* Local Civil Rule 83.12.

Respectfully submitted,

 /s/ *Brian G. Kennedy*
BRIAN G. KENNEDY (DC Bar # 228726)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW, 6th Floor
Washington, D.C. 20530
Telephone: (202) 514-3357
Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 31, 2017, a true and correct copy of the foregoing was served by CM/ECF on:

Scott Keller
Austin Nimocks
Andrew Leonie
Andrew Oldham
Arthur D'Andrea
Michael Toth
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548

s/ *Brian G. Kennedy*
BRIAN G. KENNEDY
Senior Trial Counsel
U.S. Department of Justice
