# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 5:13-CV-00255-C |
| ) | |
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James R. Powers hereby enters his appearance in this matter as counsel for Defendants Equal Employment Opportunity Commission ("EEOC"); Victoria A. Lipnic, in her official capacity as Acting Chair of the EEOC; and Jefferson B. Sessions, III, in his official capacity as Attorney General of the United States.[1]

Dated: June 22, 2017

Respectfully submitted,

s/ *James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel.: (202) 353-0543
E-mail: james.r.powers@usdoj.gov

*Counsel for Defendants*

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Attorney General Sessions and Acting Chair Lipnic are automatically substituted for their predecessors.

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

> */s/ James Powers*
> JAMES R. POWERS