IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | )  Civil Action No. 5:13-CV-255-C |

## ORDER

The Court, having considered Defendants' Unopposed Motion for Extension of Time *Nunc Pro Tunc* to File an Answer, filed June 23, 2017, is of the opinion that the same should be **GRANTED**.

Defendants shall file their Answer on or before June 28, 2017.

SO ORDERED this 23rd day of June, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE