**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 5:13-CV-00255-C |
| | ) | |
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, by and through their undersigned counsel, hereby move for a 45-day

extension of time, until September 14, 2017, for the Parties to file their Cross-Motions for

Summary Judgment.  The Parties' Cross-Motions would otherwise be due on or before July 31,

2017.  *See* Order, June 2, 2017, ECF No. 52.  This is Defendants' first request for an extension of

time to file the upcoming Cross Motions for Summary Judgment, and the requested extension is

supported by good cause.  In accordance with Local Rule 7.1(a), the undersigned counsel has

consulted with counsel for Plaintiff, who represents that they do not oppose this Motion.

Defendants recently served discovery on Plaintiff, which is intended to elicit information

that will be used in support of Defendants' Motion for Summary Judgment.  The requested

extension will allow sufficient time for Plaintiff to respond to this discovery and for Defendants

to review those responses, conduct any follow-up discovery, and incorporate the resulting

information into the Defendants' summary judgment briefing, as appropriate.

Additionally, counsel for Defendants will be on leave for part of the month of July and,

with the press of business in other matters as well, they expect that maintaining the current

1

schedule will be difficult to accomplish in a regular fashion.  Finally, counsel for Defendants

expect to spend time consulting with their client agencies in order to adequately prepare the

Motion for Summary Judgment, which will add to the time necessary to prepare the Motion.

Given Plaintiff's claims and under these circumstances, a 45-day extension is reasonable and

supported by good cause.

       For the foregoing reasons, Defendants respectfully request that their unopposed Motion

be granted and that the Parties be allowed until September 14, 2017 to file their Cross-Motions

for Summary Judgment.

Dated: June 30, 2017                     Respectfully submitted,

                                         Counsel for Defendants:

                                         CHAD A. READLER
                                         Acting Assistant Attorney General

                                         JOHN R. PARKER
                                         United States Attorney

                                         JOSHUA E. GARDNER
                                         Assistant Director, Federal Programs Branch


                                          /s/  James R. Powers
                                         JAMES R. POWERS (TX. Bar No. 24092989)
                                         JUSTIN M. SANDBERG (Ill. Bar No. 6278377)
                                         Trial Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue NW
                                         Washington, DC 20001
                                         (202) 353-0543
                                         james.r.powers@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2017, I electronically filed the foregoing Motion for Extension of Time using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ James R. Powers*
JAMES R. POWERS