# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil No. 5:13-CV-00255-C |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, | ) ) ) ) |
| Defendants | ) ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time and having concluded that good cause exists for the requested extension, it is hereby

**ORDERED** that Defendants' Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that the Parties shall file their Cross-Motions for Summary Judgment on or before September 14, 2017.

**SO ORDERED**.

_____
SAM R. CUMMINGS
United States District Judge