IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION, et al., )<br>)<br>Defendants. ) | Civil Action No. 5:13-CV-255-C |

## ORDER

On this date, the Court considered Defendants' Unopposed Motion for Extension of Time, filed June 30, 2017. The Court finds that the Motion should be **GRANTED**. The parties shall file their cross motions for summary judgment on or before September 14, 2017.

SO ORDERED.

Dated this 5th day of July, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE