IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TEXAS,<br><br>  *Plaintiff,*<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; VICTORIA A. LIPNIC, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission; and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>  *Defendants.* | Case No. 5:13-CV-00255-C |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

Texas, by and through the Attorney General, and pursuant to the Federal Rules of Civil Procedure, respectfully requests that the Court grant leave to file the Second Amended Complaint (and accompanying exhibits) attached hereto. In support of said motion, Plaintiffs represent the following:

(1) The primary change of the proposed Second Amended Complaint omits what is presently Count III of the First Amended Complaint (ECF No. 24);

(2) The proposed Second Amended Complaint makes some other minor updates which are non-substantive;

(3) The motion is unopposed by Defendants;

(4) The filing of the Second Amended Complaint will not delay or otherwise alter the Court's current schedule, including the September 14, 2017 deadline for the parties to file cross-motions for summary judgment;

(5)     Texas avers that the interests of judicial economy will be served by permitting the filing of the Second Amended Complaint and narrowing for the parties, and the Court, the number of issues that must be addressed.

Respectfully submitted this the 26th day of July, 2017.

> KEN PAXTON
> Attorney General of Texas
>
> JEFFREY C. MATEER
> First Assistant Attorney General
>
> BRANTLEY D. STARR
> Deputy First Assistant Attorney General
>
> MICHAEL C. TOTH
> Special Counsel to the First Assistant Attorney General
>
> ANDREW D. LEONIE
> Associate Deputy Attorney General
>
> */s/ Austin R. Nimocks*
> AUSTIN R. NIMOCKS
> Associate Deputy Attorney General
> Texas Bar No. 24002695
> austin.nimocks@oag.texas.gov
>
> DAVID J. HACKER
> Senior Counsel
>
> JOEL STONEDALE
> Counsel
>
> Office of Special Litigation
> ATTORNEY GENERAL OF TEXAS
> P.O. Box 12548, Mail Code 009
> Austin, Texas 78711-2548
> (512) 936-1414
> (512) 936-0545 Fax
>
> *ATTORNEYS FOR PLAINTIFFS*

### CERTIFICATE OF CONFERENCE

I certify that on July 24, 2017, counsel for Plaintiffs conferred with counsel for Defendants about this motion, which Defendants do not oppose.

> */s/ Austin R. Nimocks*
> AUSTIN R. NIMOCKS
> Associate Deputy Attorney General

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 26, 2017, a true and correct copy of the foregoing document was transmitted to Justin M. Sandberg, Trial Attorney, Federal Programs Branch, Department of Justice, via e-mail at Justin.Sandberg@usdoj.gov.

                                                */s/Austin R. Nimocks*
                                                AUSTIN R. NIMOCKS
                                                Associate Deputy Attorney General