IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TEXAS,<br><br>  *Plaintiff,*<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; VICTORIA A. LIPNIC, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission; and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>  *Defendants.* | Case No. 5:13-CV-00255-C |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Came on this day for consideration Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint. The Court, having considered the premises, and finding the motion unopposed, finds that the motion is GRANTED and that the Second Amended Complaint attached to Texas's motion is deemed filed as of the date of this order.

SO ORDERED this the ___ day of July, 2017

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

1