IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:13-CV-255-C |

## ORDER

On this day, the Court considered Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint, filed on July 26, 2017. The Court finds that the Motion should be **GRANTED** and the Proposed Second Amended Complaint attached to the Motion for Leave is deemed filed as of the date of this Order.

SO ORDERED this 28th day of July, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE