**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br><br>       *Plaintiff*,<br><br>  v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>       *Defendants*,<br><br>  and<br><br>BEVERLY HARRISON and TEXAS STATE CONFERENCE OF THE NAACP,<br><br>   *Proposed Defendant-Intervenors.* | Civil Action. No. 5:13-CV-255-C |

## NOTICE OF APPEARANCE

  To the Clerk of this Court and all Parties of Record:

Please enter the appearance of:

> Edward B. Cloutman III (Bar No. 04411000)
> CLOUTMAN & CLOUTMAN, L.L.P.
> 3301 Elm Street
> Dallas, Texas 75226
> Telephone: 214.939.9222
> Facsimile: 214.939.9229
> E-Mail: crawfish11@prodigy.net

as attorney for Proposed Defendant-Intervenors, in the above-entitled matter.

Dated: July 31, 2017

                Respectfully submitted,


                /s/ Edward B. Cloutman, III
                Edward B. Cloutman, III

## CERTIFICATE OF SERVICE

I certify that on July 31, 2017, I filed the foregoing Notice of Appearance with the Clerk of the Court using the Court's ECF system. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF system.

                                                *s/ Edward B. Cloutman*
                                                Edward B. Cloutman III (Bar No. 04411000)