# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS<br>*Plaintiff*<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.,<br>*Defendant* | § § § § § § § § § § | Case No. 5:13-CV-255-C |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

NAACP Legal Defense and Educational Fund, Inc., with offices at

40 Rector St., 5th Floor
(Street Address)

New York,        NY        10006
(City)           (State)   (Zip Code)

(212) 965-2200        (212) 226-7592
(Telephone No.)       (Fax No.)

**II.** Applicant will sign all filings with the name  Samuel Spital.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

BEVERLY HARRISON and TEXAS STATE CONFERENCE OF THE NAACP, Proposed Defendant-Intervenors.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of ___New York___, where Applicant regularly practices law.

Bar license number: __4334595__    Admission date: __June 20, 2005__

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: September 12, 2016

Case No. And Style: Blackberry Limited v. Avaya, Inc., No. 3:16-cv-02185-M

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

Edward B. Cloutman III, CLOUTMAN & CLOUTMAN, L.L.P. , who has offices at

3301 Elm Street
(Street Address)

Dallas (City)    TX (State)    75226 (Zip Code)

(214) 939-9222 (Telephone No.)    (212) 939-9229 (Facsimile No.)

XI.  Check the appropriate box below.

For Application in a **Civil Case**

[X] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 31st day of July, 2017.

Samuel Spital
Printed Name of Applicant

/s/ Samuel Spital
Signature

ATTACHMENT A – Samuel Spital Court Admissions

| Court | Admission Date | Active or Inactive |
|---|---|---|
| United States District Court, Southern District of New York | 5/1/2007 | Active |
| United States Court of Appeals, 2nd Circuit | 2/24/2011 | Active |
| United States Court of Appeals, 3rd Circuit | 7/16/2014 | Active |
| United States Court of Appeals, 4th Circuit | 3/30/2015 | Active |
| United States Court of Appeals, 5th Circuit | 5/29/2008 | Active |
| United States Court of Appeals, 11th Circuit | 10/14/2014 | Active |
| United States Supreme Court | 10/6/2008 | Active |