IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>         *Plaintiff*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br>         *Defendants*,<br><br>and<br><br>BEVERLY HARRISON and TEXAS STATE CONFERENCE OF THE NAACP,<br><br>    *Proposed Defendant-Intervenors.* | Civil Action. No. 5:13-CV-255-C |

## [PROPOSED] ORDER

Considering the Motion to Intervene of Beverly Harrison and the Texas State Conference of the NAACP as Defendants, its supporting memorandum and other materials, the expressed respective positions of Plaintiff and Defendants with respect to the Motion, all memoranda, the applicable law, and the record in this matter, after due hearing and consideration,

**IT IS ORDERED BY THE COURT** that the Motion to Intervene of Beverly Harrison and Texas State Conference of the NAACP be and is hereby **GRANTED**, and that Beverly Harrison and Texas State Conference of the NAACP is hereby granted leave and allowed to intervene in the capacity of Defendant-Intervenors in this action and that Defendant-Intervenors comply with all scheduling orders currently in effect.

SO ORDERED.

Dated this _____ day of _____, 2017.

_____
**THE HONORABLE SAM R. CUMMINGS**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**