UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| | § | |
| v. | § | Case No. 5:13-CV-255-C |
| | § | |
| EQUAL EMPLOYMENT OPPORTUNITY | § | |
| COMMISSION, et. al., | § | |
| *Defendant* | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Levy Ratner, P.C._____, with offices at

80 Eighth Avenue, 8th Floor_____
(Street Address)

New York_____        NY_____        10011_____
(City)                                        (State)            (Zip Code)

(212) 627-8100_____        (212) 627-8182_____
(Telephone No.)                               (Fax No.)

**II.**  Applicant will sign all filings with the name Robert H. Stroup_____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

BEVERLY HARRISON and TEXAS STATE CONFERENCE OF THE NAACP,
Proposed Defendant-Intervenors

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____ New York _____, where Applicant regularly practices law.

Bar license number: _2824712_____    Admission date:_ October 10, 1997_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Supreme Court | 05/12/80 | Active |
| US Court of Appeals - 2d Cir | 08/09/99 | Active |
| US Court of Appeals - 4th Cir | 05/22/03 | Active |
| US Court of Appeals - 11th Cir | 03/21/17 | Active |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Edward B. Cloutman III, CLOUTMAN & CLOUTMAN, L.L.P.          , who has offices at

3301 Elm Street          _____
(Street Address)

Dallas          TX          75226
(City)          (State)          (Zip Code)

(214) 939-9222          (212) 939-9229
(Telephone No.)          (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 7th day of August , 2017 .

Robert H. Stroup
Printed Name of Applicant

Robert H. Stroup
Signature