IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TEXAS,<br><br>         *Plaintiff,*<br><br>v.<br><br>EQUAL EMPLOYMENT OPPOR-TUNITY COMMISSION; VICTORIA A. LIPNIC, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission; and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>         *Defendants.* | Case No. 5:13-CV-00255-C |

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to enter an appearance in this case for David J. Hacker as co-counsel for Texas. I request that a copy of all papers served or filed in this action be forwarded to:

    David J. Hacker
    Senior Counsel
    Texas Bar No. 24103323
    Office of Special Litigation
    ATTORNEY GENERAL OF TEXAS
    P.O. Box 12548, Mail Code 009
    Austin, Texas 78711-2548
    (512) 936-1414 phone
    david.hacker@oag.texas.gov

Respectfully submitted this the 8th day of August, 2017.

    KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY D. STARR
Deputy First Assistant Attorney General

MICHAEL C. TOTH
Special Counsel to the First Assistant Attorney General

ANDREW D. LEONIE
Associate Deputy Attorney General

AUSTIN R. NIMOCKS
Associate Deputy Attorney General

*/s/David J. Hacker*
DAVID J. HACKER
Senior Counsel
Texas Bar No. 24103323
david.hacker@oag.texas.gov

Office of Special Litigation
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
(512) 936-1414
(512) 936-0545 Fax

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

    I, David J. Hacker, hereby certify that on this the 8th day of August, 2017, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ David J. Hacker*
DAVID J. HACKER