IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:13-CV-255-C |

## ORDER

On this day, the Court considered the Motion to Intervene filed by Beverly Harrison and the Texas State Conference of the NAACP (collectively Movants) on August 3, 2017. The Court further considered the Responses in Opposition filed by the Plaintiff and the Defendant on August 21, 2017. Having reviewed the arguments, the Court finds that the Motion to Intervene should be **DENIED** for the reasons aptly argued by the Parties in their Responses. More specifically, the Court finds that the Defendants will adequately represent Movants' interests and maintain the same objectives.[1] However, the Movants may seek to participate as *amici curiae* if they so choose.

SO ORDERED this 23rd day of August, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Moreover, as argued by Plaintiff in its Response, the Movants failed to attach a proposed pleading to their untimely motion.