IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUAL EMPLOYMENT )<br>OPPORTUNITY COMMISSION, *et al.*, )<br>)<br>Defendants )<br>_____ ) | Civil No. 5:13-CV-00255-C |

## MOTION FOR SUMMARY JUDGMENT

Defendants the United States Equal Employment Opportunity Commission and the United States Department of Justice hereby move for summary judgment under Federal Rule of Civil Procedure 56, requesting that the Court enter judgment in favor of defendants with respect to all of the claims in Plaintiff's Second Amended Complaint. Defendants' brief in support is filed concurrently with this motion pursuant to the local rules. *See* N.D. TEX. L. CIV. R. 7.1(d) and 56.5.

Dated: September 14, 2017

Counsel for Defendants:

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. PARKER
United States Attorney

JOSHUA E. GARDNER
Assistant Director, Federal Programs
Branch

      /s/ Justin M. Sandberg
JUSTIN M. SANDBERG (Ill. Bar No. 6278377)
JAMES R. POWERS (TX. Bar No. 24092989)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20001
(202) 514-5838
justin.sandberg@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 14, 2017, I served the foregoing via the CM/ECF System on counsel of record for Plaintiff:

Scott Keller
Austin Nimocks
Andrew Leonie
Andrew Oldham
Arthur D'Andrea
Michael Toth
David Hacker
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548

                                              *s/ Justin M. Sandberg*
                                              JUSTIN M. SANDBERG
                                              Trial Attorney, Federal Programs Branch