IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:13-CV-255-C |

## ORDER

Defendants shall provide the Court with a courtesy copy of their Appendix to Defendants' Memorandum in Support of Motion for Summary Judgment and Plaintiff shall provide the Court with a courtesy copy of its Appendix in Support of Motion for Summary Judgment. Both courtesy copies shall be submitted on or before 3:00 p.m. on September 29, 2017, and should be delivered to the Court at the following address: 1205 Texas Avenue, Room C-210, Lubbock, Texas 79401.

SO ORDERED this 15th day of September, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE