IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:13-CV-255-C |

## **ORDER**

The hearing on the parties' Motions for Summary Judgment is set for 9:00 a.m. on October 17, 2017. The time for presenting the parties' arguments will be limited. Each side will be allotted ninety (90) minutes to present its respective case, inclusive of the presentation of evidence, if any.

SO ORDERED this 16th day of October, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE