# THE STATE BAR
## OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

MEMBER RECORDS & COMPLIANCE

TELEPHONE: 888-800-3400

August 7, 2017

Philip Hernandez
2030 Addison Street
Suite 310
Berkeley, CA 94704

Re: State Bar Member Number 311111 – Philip Mychael Hernandez

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact the Member Services Center at 1-888-800-3400 or msc@calbar.ca.gov.

Sincerely,

Jordan Ealy
The State Bar of California – Member Services Center

Enclosure(s):

1    Standard

Delivery Method: Regular Mail
PH: 5109825924

THE STATE BAR OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

CERTIFICATE OF STANDING

August 7, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILIP MYCHAEL HERNANDEZ, #311111 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 2016; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records