# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>      *Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>      *Defendants.* | Civil Action. No. 5:13-CV-255-C |

## [PROPOSED] ORDER

IT IS ORDERED BY THE COURT that the Motion of Beverly Harrison, Texas State Conference of the NAACP, NAACP Legal Defense & Educational Fund, Inc, and National Employment Law Project for leave to File Amici Curiae Brief in Support of Defendants' Motion for Summary Judgment and accompanying brief (Docs. 91, 92), and Defendants' Opposition to Plaintiff's Motion for Summary Judgment (Doc. 100), filed on October 25, 2017 be **GRANTED.**

SO ORDERED.

Dated this _____ day of _____, 2017.

_____
**THE HONORABLE SAM R. CUMMINGS**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**