# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>        *Plaintiff*,<br><br>  v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al*.,<br><br>        *Defendants*. | Civil Action. No. 5:13-CV-255-C |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all Parties of Record:

Please enter the appearance of:

    Coty Montag (admitted *pro hac vice*)
    NAACP LEGAL DEFENSE &
      EDUCTIONAL FUND, INC.
    1444 I Street, NW 10th Floor
    Washington, D.C. 20005
    Telephone:  (202) 682-1300
    Facsimile:  (202) 682-1312
    E-Mail:  cmontag@naacpldf.org

as attorney for Amici Curiae Beverly Harrison, Texas State Conference of the NAACP, NAACP Legal Defense & Educational Fund, and National Employment Law Project, in the above-entitled matter.

Dated: October 25, 2017

                Respectfully submitted,


                /s/ Coty Montag
                Coty Montag

## CERTIFICATE OF SERVICE

    I certify that on October 25, 2017, I filed the foregoing Notice of Appearance with the Clerk of the Court using the Court's ECF system. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF system.

                                            *s/ Coty Montag*
                                            Coty Montag