**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al*.,<br><br>　　　　　　　　　　*Defendants*. | Civil Action. No. 5:13-CV-255-C |

**NOTICE OF APPEARANCE**

　　　　To the Clerk of this Court and all Parties of Record:

Please enter the appearance of:

> Nana Wilberforce (admitted *pro hac vice*)
> NAACP LEGAL DEFENSE &
> 　　EDUCTIONAL FUND, INC.
> 40 Rector St., 5th Floor
> New York, NY 10006
> Telephone:  (212) 965-2200
> Facsimile:  (212) 226-2792
> E-Mail:  nwilberforce@naacpldf.org

as attorney for Amici Curiae Beverly Harrison, Texas State Conference of the NAACP, NAACP Legal Defense & Educational Fund, and National Employment Law Project, in the above-entitled matter.

Dated:  October 25, 2017

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Nana Wilberforce
　　　　　　　　　　　　　　　　　　　Nana Wilberforce

**CERTIFICATE OF SERVICE**

    I certify that on October 25, 2017, I filed the foregoing Notice of Appearance with the Clerk of the Court using the Court's ECF system. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF system.

                                        *s/ Nana Wilberforce*
                                        Nana Wilberforce