# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>                              *Plaintiff*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>                              *Defendants*. | Civil Action. No. 5:13-CV-255-C |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all Parties of Record:

Please enter the appearance of:

>Robert H. Stroup (admitted *pro hac vice*)
>Levy Ratner, P.C.
>80 Eighth Avenue
>New York, New York 10011
>Telephone: 212.627.8100
>Facsimile: 212.627.8182
>E-Mail: rstroup@levyratner.com

as attorney for Amici Curiae Beverly Harrison, Texas State Conference of the NAACP, NAACP Legal Defense & Educational Fund, and National Employment Law Project, in the above-entitled matter.

Dated: October 25, 2017

>Respectfully submitted,
>
>/s/ *Robert H. Stroup*
>Robert H. Stroup

**CERTIFICATE OF SERVICE**

    I certify that on October 25, 2017, I filed the foregoing Notice of Appearance with the Clerk of the Court using the Court's ECF system. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF system.

                                                    *s/ Robert H. Stroup*
                                                   Robert H. Stroup