IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>    *Defendants*. | Civil Action. No. 5:13-CV-255-C |

**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR AMICI CURIAE**

  Pursuant to Local Civil Rule 83.12, Nana Wilberforce, hereby moves the court for leave to withdraw as counsel for Amici Curiae Beverly Harrison, Texas State Conference of the NAACP, NAACP Legal Defense & Educational Fund (LDF), and National Employment Law Project in the above-captioned action.

  Ms. Wilberforce is no longer associated with LDF as of January 31, 2018.

  Amici Curiae will continue to be represented by:

    Edward B. Cloutman, III (Bar No. 04411000)
    CLOUTMAN & CLOUTMAN, L.L.P.
    3301 Elm Street
    Dallas, Texas 75226
    Telephone: (214) 939.9222
    Facsimile: (214) 939.9229
    E-Mail: crawfish11@prodigy.net

    Samuel Spital* (N.Y. Bar No. 4334595)
    Leah C. Aden* (N.Y. Bar No. 4555207)
    NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
    40 Rector Street, 5th Floor
    New York, New York 10006
    Telephone: 212.965.2200

Facsimile: 212.226.7592
E-Mail: sspital@naacpldf.org
       laden@naacpldf.org

Coty Montag* (D.C. Bar No. 498357, Cal. Bar No. 255703)
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
1444 I Street NW, 10th Floor
Washington, District of Columbia 20005
Telephone: 202.682.1300
Facsimile: 202.682.1312
E-Mail: cmontag@naacpldf.org

Robert H. Stroup* (N.Y. Bar No. 2824712)
Dana Lossia* (N.Y. Bar No. 706482)
LEVY RATNER, P.C. 80 Eighth Avenue
New York, New York 10011
Telephone: 212.627.8100
Facsimile: 212.627.8182
E-Mail: rstroup@levyratner.com
       dlossia@levyratner.com

Beth Avery* (Cal. Bar No. 298232)
NATIONAL EMPLOYMENT LAW PROJECT
2030 Addison Street, Suite 310
Berkeley, California 94704
Telephone: 510.982.5945
Facsimile: 866.665.5705
E-Mail: bavery@nelp.org


*Admitted pro hac vice

No party will be prejudiced by Ms. Wilberforce's withdrawal.


Dated: February 5, 2018


    Respectfully submitted,


    */ s /  Nana Wilberforce*
    Nana Wilberforce
    NAACP LEGAL DEFENSE AND
        EDUCATIONAL FUND, INC.
    40 Rector St., 5th Floor

New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*Counsel for Amici Curiae*

## CERTIFICATE OF CONFERENCE

Pursuant to Rule 7.1 of the Local Civil Rules of the Northern District of Texas, Counsel for Amici Curiae, have conferred with counsel for the existing parties. On January 31, 2018, Austin R. Nimocks, Counsel for Plaintiff, informed Leah Aden, Counsel for Proposed Amici Curiae, via e-email, that Plaintiff does not object to this motion. On February 1, 2018, Justin Sandberg, Counsel for Defendants, informed Leah Aden, Counsel for Proposed Amici Curiae, via e-email, that Defendants do not object to this motion.

*/s/ Nana Wilberforce*
Nana Wilberforce
NAACP LEGAL DEFENSE AND
   EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this I certify that on February 5, 2018, I filed the foregoing document electronically via the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Nana Wilberforce*
Nana Wilberforce
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*Counsel for Amici Curiae*

5