# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants*. | Civil Action. No. 5:13-CV-255-C |

## [PROPOSED] ORDER

Having reviewed Motion to Withdraw of Nana Wilberforce as counsel for Amici Curiae in the above captioned case, the motion is hereby **GRANTED**.

SO ORDERED.

This_____ day of _____, 2018.

_____
HONORABLE SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE