IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:13-CV-255-C |

## ORDER

The Court, having considered Ms. Nana Wilberforce's Motion to Withdraw, filed February 5, 2018, is of the opinion that the same should be **GRANTED**. Ms. Wilberforce is **WITHDRAWN** as counsel of record for the amici curiae in this case, which continue to be represented by their remaining counsel.

SO ORDERED this 6th day of February, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE