IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,                              )
                                             )
                Plaintiff,                   )
                                             )
v.                                           )
                                             )
EQUAL EMPLOYMENT OPPORTUNITY                 )
COMMISSION, et al.,                          )
                                             )
                Defendants.                  )    Civil Action No. 5:13-CV-255-C


**ORDER**

On this date, the Court considered Defendants' Motion to Amend Judgment and For

Clarification, filed March 1, 2018, along with Plaintiff's Response, filed March 22, 2018. After

considering the arguments contained therein, the Court finds that Defendant's Motion to Amend

should be **DENIED**. As to the request for clarification, the Court believes the Judgment, dated

February 1, 2018, speaks for itself.

SO ORDERED this 27ᵗʰ day of March, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE