# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 5:13-CV-00255-C |
| ) | |
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, *et al.*, ) | |
| ) | |
| Defendants ) | |
| ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants the United States Equal Employment Opportunity Commission ("EEOC"), Victoria Lipnic, in her official capacity as Acting Chair of the EEOC, and Jefferson B. Sessions III, in his official capacity as Attorney General of the United States, hereby appeal to the United States Court of Appeals for the Fifth Circuit from (i) the February 1, 2018 Order denying in part and granting in part Defendants' motion for summary judgment [ECF Dckt. No. 117], (ii) the February 1, 2018 Judgment [ECF Dckt. No. 118], including antecedent orders such as the June 2, 2017 Order [ECF Dckt. No. 52] denying Defendants' motion to dismiss, and (iii) the March 27, 2018 Order [ECF Dckt. No. 123] denying Defendants' motion to alter or amend the judgment.

Dated: May 25, 2018

Counsel for Defendants:

CHAD A. READLER
Acting Assistant Attorney General

ERIN NEALY COX
United States Attorney

JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

 /s/  Justin  M. Sandberg
JUSTIN M. SANDBERG (Ill. Bar No. 6278377)
Senior Trial Counsel
JAMES R. POWERS (TX. Bar No. 24092989)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20001
(202) 514-5838
justin.sandberg@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 25, 2018, I served the foregoing via the CM/ECF System on counsel of record for Plaintiff:

Scott Keller
Austin Nimocks
Andrew Leonie
Andrew Oldham
Arthur D'Andrea
Michael Toth
David Hacker
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548

                                              *s/ Justin M. Sandberg*
                                              JUSTIN M. SANDBERG
                                              Senior Trial Counsel, Federal Programs Branch