IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TEXAS, *Plaintiff,* v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; VICTORIA A. LIPNIC, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission; and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States, *Defendants.* | Case No. 5:13-CV-00255-C |

## TEXAS'S NOTICE OF APPEAL

Notice is hereby given that Texas appeals to the United States Court of Appeals for the Fifth Circuit from this Court's judgment entered in this action on February 1, 2018 (ECF No. 118), and all adverse rulings that merge into that judgment, including without limitation this Court's order of February 1, 2018 denying Texas's motion for summary judgment in part on Count I and granting Defendants' motion for summary judgment in part on Count I (ECF No. 117).

Respectfully submitted this the 6th day of June, 2018.

> KEN PAXTON
> Attorney General of Texas
>
> JEFFREY C. MATEER
> First Assistant Attorney General
>
> BRANTLEY D. STARR
> Deputy First Assistant Attorney General
>
> JAMES E. DAVIS
> Deputy Attorney General for Civil Litigation
>
> */s/ Austin R. Nimocks*
> AUSTIN R. NIMOCKS
> Special Counsel for Civil Litigation
> Texas Bar No. 24002695
> austin.nimocks@oag.texas.gov
>
> ATTORNEY GENERAL OF TEXAS
> P.O. Box 12548, Mail Code 001
> Austin, Texas 78711-2548
> (512) 936-1414
> (512) 936-0545 Fax
>
> *ATTORNEYS FOR PLAINTIFF*

### CERTIFICATE OF SERVICE

I certify that on the 6th day of June, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> */s/Austin R. Nimocks*
> AUSTIN R. NIMOCKS