IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TEXAS,<br><br>       *Plaintiff*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPOR-TUNITY COMMISSION; VICTORIA A. LIPNIC, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission; and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>       *Defendants*. | Case No. 5:13-CV-00255-C |

## MOTION TO WITHDRAW AS COUNSEL FOR TEXAS

Austin R. Nimocks, one of counsel for Texas in the above styled and numbered cause, respectfully moves that the Court enter its Order permitting him to withdraw from representation in this matter because he will be leaving the Office of the Attorney General of Texas in October 2018. Texas will continue to be represented by David J. Hacker, who entered his appearance in this matter on August 8, 2017 (ECF No. 85).

Respectfully submitted this the 18th day of September, 2018.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY D. STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

*/s/ Austin R. Nimocks*
AUSTIN R. NIMOCKS
Special Counsel for Civil Litigation
Texas Bar No. 24002695
austin.nimocks@oag.texas.gov

ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 001
Austin, Texas 78711-2548
(512) 936-1414
(512) 936-0545 Fax

*ATTORNEYS FOR PLAINTIFF*

### CERTIFICATE OF CONFERENCE

I, Austin R. Nimocks, do hereby certify that on September 18, 2018 I conferred with counsel for the Defendants regarding the foregoing and Defendants do not oppose this motion.

*/s/ Austin R. Nimocks*
Austin R. Nimocks

### CERTIFICATE OF SERVICE

I certify that on the 18th day of September, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Austin R. Nimocks*
AUSTIN R. NIMOCKS