IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TEXAS,<br><br>      *Plaintiff,*<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; VICTORIA A. LIPNIC, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission; and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>      *Defendants.* | Case No. 5:13-CV-00255-C |

**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL**

THIS MATTER came to be heard on the motion of Austin R. Nimocks, counsel for Texas in the above styled and numbered cause, to permit him to withdraw from representation in this matter because he will be leaving the Office of the Attorney General of Texas in October 2018. After considering the matter, the motion is GRANTED. It is, therefore,

**ORDERED AND ADJUDGED** that Mr. Nimocks is withdrawn as counsel for Texas. Texas will continue to be represented by co-counsel who have already entered an appearance in this matter.

**SO ORDERED** on this ____ day of _____, 2018.

                                                _____
                                                THE HONORABLE SAM CUMMINGS
                                                SENIOR UNITED STATES DISTRICT JUDGE