IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )
                                         )
EQUAL EMPLOYMENT OPPORTUNITY             )
COMMISSION, et al.,                      )
                                         )
                    Defendants.          )    Civil Action No. 5:13-CV-255-C

## ORDER

The Court, having considered Austin R. Nimocks' Motion to Withdraw as Counsel, filed

September 18, 2018, is of the opinion that the same should be **GRANTED.** Mr. Nimocks is hereby

**WITHDRAWN** as counsel for Plaintiff, the State of Texas, who shall continue to be represented

by remaining counsel of record, David J. Hacker.

SO ORDERED this _19th_ day of September, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE