# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| TEXAS,<br><br>    *Plaintiff,*<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; VICTORIA A. LIPNIC, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission; and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>    *Defendants.* | Case No. 5:13-CV-00255-C |

## NOTICE OF WITHDRAWAL OF SCOTT A. KELLER AS COUNSEL FOR PLAINTIFF TEXAS

NOW COMES, David J. Hacker and hereby provides notice of withdrawal of Scott A. Keller as counsel for Plaintiff Texas in this case. Texas will continue to be represented by Mr. Hacker, who entered his appearance in this matter on August 8, 2017 (ECF No. 85).

Mr. Keller will no longer participate as counsel for Plaintiff because he is no longer in the employ of the Office of the Attorney General. Notice of the withdrawal of Mr. Keller from this case will be provided to all counsel of record. There will be no inconvenience to the Court as a result of this withdrawal.

Respectfully submitted this 26th day of September, 2018.

> KEN PAXTON
> Attorney General of Texas
>
> JEFFREY C. MATEER
> First Assistant Attorney General
>
> BRANTLEY D. STARR
> Deputy First Assistant Attorney General
>
> JAMES E. DAVIS
> Deputy Attorney General for Civil Litigation
>
> */s/David J. Hacker*
> DAVID J. HACKER
> Special Counsel for Civil Litigation
> Texas Bar No. 24103323
> david.hacker@oag.texas.gov
>
> OFFICE OF THE ATTORNEY GENERAL
> P.O. Box 12548, Mail Code 001
> Austin, Texas 78711-2548
> (512) 936-1414
> (512) 936-0545 Fax
>
> *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of September, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> */s/David J. Hacker*
> DAVID J. HACKER