# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-10638

D.C. Docket No. 5:13-CV-255

United States Court of Appeals
Fifth Circuit
**FILED**
August 6, 2019
Lyle W. Cayce
Clerk

STATE OF TEXAS,

      Plaintiff - Appellee Cross-Appellant

v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; JANET DHILLON, in her official capacity as Acting Chair of the EEOC; WILLIAM P. BARR, U. S. ATTORNEY GENERAL, in his official capacity as Attorney General for the United States,

      Defendants - Appellants Cross-Appellees

Appeals from the United States District Court for the
Northern District of Texas

Before SMITH, WIENER, and ELROD, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the injunction is affirmed as modified, the district court's ruling on the merits of Texas's DJA claim is vacated, and the DJA claim is dismissed.

IT IS FURTHER ORDERED that defendants-appellants cross-appellees pay to plaintiff-appellee cross-appellant the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued
as the mandate on Sep 30, 2019**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**