# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

September 30, 2019

Ms. Karen S. Mitchell  
Northern District of Texas, Lubbock  
United States District Court  
1205 Texas Avenue  
Room C-209  
Lubbock, TX 79401

    No. 18-10638    State of Texas v. EEOC, et al  
                        USDC No. 5:13-CV-255

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____  
                                          Debbie T. Graham, Deputy Clerk

cc:  
    Ms. Leah Camille Aden  
    Mr. Philip Hernandez  
    Mr. Jason R. LaFond  
    Ms. Stephanie Robin Marcus