# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| **STATE OF TEXAS** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 5:13-cv-00255-C |
| § | |
| **EQUAL EMPLOYMENT** § | |
| **OPPORTUNITY COMMISSION, et al.** § | |
| § | |
| Defendants. § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

The plaintiff respectfully moves this Court to withdraw Andrew S. Oldham as counsel of record for Plaintiff in this case. Mr. Oldham is no longer with the Texas Office of the Attorney General.

Plaintiff will continue to be represented by other attorneys within the Texas Office of the Attorney General, and this withdrawal will not delay any proceedings.

Respectfully submitted.

Ken Paxton
 Attorney General of Texas

Jeffrey C. Mateer
First Assistant Attorney General

<u>/s/ Kyle D. Hawkins</u>
Kyle D. Hawkins
Solicitor General
Texas State Bar No.  24094710

Office of the Attorney General
209 West 14th Street
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
(512) 936-1700 (phone)
(512) 474-2697 (fax)
kyle.hawkins@oag.texas.gov

Counsel for Plaintiff

Dated: October 3, 2019

## CERTIFICATE OF CONFERENCE

I certify that my staff e-mailed counsel for the plaintiffs on October 3, 2019, asking whether they would oppose this motion. No counsel objected to the motion.

      /s/ Kyle D. Hawkins
      KYLE D. HAWKINS
      Solicitor General

## CERTIFICATE OF SERVICE

I certify that on October 3, 2019, this document was served to counsel of record through the Court's CM/ECF document filing system.

      /s/ Kyle D. Hawkins
      KYLE D. HAWKINS
      Solicitor General

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| **STATE OF TEXAS** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> § <br> **EQUAL EMPLOYMENT** § <br> **OPPORTUNITY COMMISSION, et al.** § <br> § <br> Defendants. § | Civil Action No. 5:13-cv-00255-C |

## ORDER GRANTING MOTION TO WITHDRAW

It is ORDERED that the plaintiff's motion to withdraw Andrew S. Oldham as counsel of record is GRANTED.

Signed on the _____ day of _____, 2019.

_____
HONORABLE SAM R. CUMMINGS
United States District Judge