# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| **STATE OF TEXAS** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 5:13-cv-00255-C |
| § | |
| **EQUAL EMPLOYMENT** § | |
| **OPPORTUNITY COMMISSION, et al.** § | |
| § | |
| Defendants. § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

The plaintiff respectfully moves this Court to allow the substitution of Kyle D. Hawkins as counsel in place of Scott A. Keller. Mr. Hawkins has replaced Mr. Keller as Solicitor General of Texas. Mr. Hawkins is licensed to practice law in Texas and is admitted to practice and remains in good standing in the United States District Court for the Northern District of Texas.

The plaintiff request that a copy of all papers served or filed in this action be forwarded to:

Kyle D. Hawkins
Solicitor General
Texas State Bar No. 24094710
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
kyle.hawkins@oag.texas.gov

        Respectfully submitted.

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        /s/ Kyle D. Hawkins
        KYLE D. HAWKINS
        Solicitor General
        Texas State Bar No. 24094710

        OFFICE OF THE ATTORNEY GENERAL
        209 West 14th Street
        P.O. Box 12548 (MC-059)
        Austin, Texas 78711-2548
        (512) 936-1700 (phone)
        (512) 474-2697 (fax)
        kyle.hawkins@oag.texas.gov

        COUNSEL FOR PLAINTIFF

Dated: October 3, 2019

## CERTIFICATE OF CONFERENCE

I certify that my staff e-mailed counsel for the plaintiffs on October 3, 2019, asking whether they would oppose this motion. No counsel objected to the motion.

/s/ Kyle D. Hawkins
Kyle D. Hawkins
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on October 3, 2019, this document was served to counsel of record through the Court's CM/ECF document filing system.

/s/ Kyle D. Hawkins
Kyle D. Hawkins
Solicitor General

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 5:13-cv-00255-C |
| | § | |
| **EQUAL EMPLOYMENT** | § | |
| **OPPORTUNITY COMMISSION, et al.** | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING LEAVE TO SUBSTITUTE
## KYLE D. HAWKINS FOR SCOTT A. KELLER AS COUNSEL

It is ORDERED that the plaintiff's motion to substitute Kyle D. Hawkins for Scott A. Keller as counsel in this case is GRANTED.

Signed on the _____ day of _____, 2019.

_____
HONORABLE SAM R. CUMMINGS
United States District Judge