IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:13-CV-255-C |

## ORDER

The Court, having considered Plaintiff's Unopposed Motion for Withdrawal of Counsel, filed October 3, 2019, is of the opinion that the same should be **GRANTED**. Accordingly, Andrew S. Oldham is hereby **WITHDRAWN** as counsel of record for Plaintiff.

SO ORDERED this 7th day of October, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE