IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:13-CV-255-C |

### ORDER

The Court, having considered Plaintiff's Unopposed Motion for Substitution of Counsel, filed October 3, 2019, is of the opinion that the same should be **GRANTED**. Accordingly, Scott A. Keller is hereby **WITHDRAWN** as counsel of record for Plaintiff.[1]

The Clerk of the Court is directed to remove Mr. Keller from the list of individuals authorized to receive electronic notices in the above-styled and -numbered civil action.

SO ORDERED this 7th day of October, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Kyle D. Hawkins is hereby **SUBSTITUTED** in as counsel of record for Plaintiff.